## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:05CR250** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **1)ADRIAN LOWELL BEATTIE** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein as to the captioned Defendant only.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein as to Adrian Lowell Beattie only is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: February 15, 2006

Lacy H. Thornburg
United States District Judge